IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY STIBS,

                Plaintiff,

v.                                                                                           OPINION and ORDER

FRANK BISIGNANO,                                                         22-cv-254-jdp
Commissioner of the Social Security Administration,

                Defendant.[1]

---

Dana Duncan, counsel for plaintiff Jeremy Stibs, moves under 42 U.S.C. § 406(b) for a fee award of $8,525 after Stibs was awarded $75,284.00 in past-due benefits. Dkt. 18; Dkt. 18-2. Counsel's requested fee does not exceed 25 percent of Stibs's past-due benefits, which is $18,821.00, so it falls within the amount allowed by statute and the parties' fee agreement. Dkt. 18-1. Counsel was previously awarded a total of $3,900.00. in fees under Equal Access to Justice Act (EAJA) in an appeal before this court. Dkt. 17. Counsel asks the court to allow him to retain the EAJA award and award an additional amount of $4,625.00, the difference between the total requested fee award and the EAJA award that he already received.

The commissioner doesn't take a position on the reasonableness of Stibs's counsel's requested fee or on counsel's request that counsel retain the EAJA award and receive the net award from past-due benefits. Dkt. 21. But the commissioner asks the court to decline to order

---

[1] The court has amended the caption to reflect Bisignano's appointment as Commissioner. *See* Fed. R. Civ. P. 25(d).

the commissioner to "pay" the fee award under section 406(b) because it is Stibs, not the commissioner, who is responsible for making the payment to counsel. Dkt. 21.

Counsel is requesting that the court authorize him to receive an award based on an hourly rate of $550 multiplied by the 15.5 attorney hours spent on this case. Dkt. 18, 2. That rate is within the bounds of what is reasonable in light of counsel's risk of non-recovery, the work he performed, the results he obtained, and the amounts awarded in similar cases. The court will grant counsel's motion and approve fees in the total amount of $8,525.00. For efficiency, the court will subtract the $3,900 fee that counsel received under the Equal Access to Justice Act, which would otherwise have to be refunded to Stibs. The net amount that should be dispersed to counsel from Stibs's past-due benefits is $4,625.00.

## ORDER

IT IS ORDERED that:

1. Dana Duncan's motion for attorney fees under 42 U.S.C. § 406(b), Dkt. 18, is GRANTED.

2. The court approves representative fees under § 406(b) in the gross amount of $8,525.00.

3. Counsel may retain the $3,900.00 previously awarded in EAJA in partial satisfaction of the § 406(b) award.

4. The net amount of $4,625.0 shall be disbursed by the commissioner from any of Stibs's past-due benefits being withheld and in accordance with agency policy.

Entered August 8, 2025.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge